# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT [ ] INFORMATION [ ] INDICTMENT [ ] SUPERSEDING

**OFFENSE CHARGED**

Title 18, United States Code, Section 1349 (Conspiracy to Commit Wire Fraud)

[ ] Petty
[ ] Minor
[ ] Misde-meanor
[X] Felony

PENALTY: 20 years' imprisonment
$250,000 fine
3 years' supervised release
Restitution
Forfeiture

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

**DEFENDANT - U.S**

Gwomina Louis Ajayi

DISTRICT COURT NUMBER

4:24-mj-70020-MAG

FILED

Jan 10 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

United States Secret Service

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. ATTORNEY [ ] DEFENSE
SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form

[X] U.S. Attorney [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned) AUSA Chris Kaltsas

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) [X] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive

FILED UNDER SEAL

3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [ ] On this charge

5) [ ] On another conviction } [ ] Federal [ ] State

6) [ ] Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? [ ] Yes [ ] No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

[ ] This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

[ ] SUMMONS [ ] NO PROCESS* [X] WARRANT Bail Amount:

If Summons, complete following:
[ ] Arraignment [ ] Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Before Judge:

Comments:

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED UNDER SEAL

FILED
Jan 10 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States of America
v.
Gwomina Louis Ajayi

*Defendant(s)*

Case No. 4:24-mj-70020-MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 2022 to June 2023 in the county of San Francisco and Alameda in the Northern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| Title 18, United States Code, Section 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Alfonso Speed

☑ Continued on the attached sheet.

/s/ Alfonso Speed
*Complainant's signature*

Alfonoso Speed, Special Agent, USSS
*Printed name and title*

Approved as to form CK
AUSA Chris Kaltsas

Sworn to before me by telephone.

Date: 1/9/2024

*Judge's signature*

City and state: San Francisco, California

Lisa J. Cisneros, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANTS**

I, Alfonso Speed, being duly sworn, declare and state as follows:

**INTRODUCTION**

1. I make this affidavit in support of an application for a criminal complaint and arrest warrant for Gwomina Louis AJAYI ("AJAYI"). For the reasons set forth below, and based on my training, experience, and familiarity with AJAYI, I submit that there is probable cause to believe that on or about and in between May 2022 and June 2023, in Northern District of California and elsewhere, AJAYI, as well as known and unknown co-conspirators, have committed conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, specifically by knowingly obtaining funds from third parties by defrauding them and causing them to believe they would receive rental or vacation properties for lease in exchange for the transfers of funds. AJAYI is believed to have obtained those funds knowing that they had no intent to actually provide those properties to those third parties.

2. This affidavit is submitted for the limited purpose of charging AJAYI via complaint and securing warrants for his arrest. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts necessary to establish probable cause that violations of the federal laws identified above have occurred. I have based my statements in this affidavit on my training and experience, personal knowledge of the facts and circumstances obtained through my participation in this investigation, information provided by victims, information provided by other law enforcement personnel, and information provided by records and databases. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

**AFFIANT BACKGROUND**

3. I am a Special Agent with the Department of Homeland Security, United States Secret Service ("USSS"), and have been so employed since May 2019. The USSS is the primary investigative agency charged with safeguarding the payment and financial systems of the United States. I am currently assigned to the San Francisco Field Office as a member of the Digital

Asset Technology Alliance ("DATA").

4. I attended and completed the twelve-week Criminal Investigator Training Program at the Federal Law Enforcement Training Center located in Glynco, Georgia, and an eighteen-week USSS Special Agent Training Course at the James J. Rowley Training Center located in Beltsville, Maryland. These programs included comprehensive, formalized instruction in, among other things: fraud investigations, counterfeit identification and detection, familiarization with United States fraud and counterfeit laws, financial investigations and money laundering, identification and seizure of assets, physical and electronic surveillance, and undercover operations.

5. I also received specific instruction in the investigation of electronic crime, including but not limited to network intrusions, point of sale terminal compromises, bank fraud, and wire fraud. As part of this instruction, I received training related to identifying the techniques and methods employed by the groups and organizations involved in these types of crimes.

6. Since my graduation from the Federal Law Enforcement Training Center and USSS Special Agent training, I have conducted preliminary and follow-up investigations on various crimes, including network intrusions, crimes against persons, death investigations, financial fraud, sexual assault, drug possession, drug sales, cryptocurrency money laundering, prescription forgery, cellular phone fraud, check fraud, petty theft, grand theft, burglary, robbery, auto theft, computer crime, and Internet crime. These investigations involve preparing reports; collecting and preserving evidence; arresting suspects; and interviewing suspects, witnesses, and victims.

7. I have had numerous conversations with other officers, agents, and law enforcement personnel regarding related crimes. I have also had conversations with suspects, who have committed many of these crimes, about their motives and method of operations. As a result of my training and experience, I have developed an understanding of the motives and methods of operation of subjects involved in these related crimes. I have also created and

assisted in the service of arrest and search warrants associated with these types of crimes.

## APPLICABLE LAW

8. Title 18, United States Code, Section 1349 (Conspiracy to Commit Wire Fraud) makes it a crime to conspire with another person to knowingly execute, or attempt to execute, a scheme or artifice to (1) obtain money or property by means of false or fraudulent pretenses, representations, or promises; (2) that are material; (3) with the intent to defraud; and (4) where the defendant used, or caused to be used, a wire communication to carry out or attempt to carry out an essential part of the scheme, with the intent that the scheme or artifice succeed.

## DEFENDANTS

9. AJAYI is a Nigerian citizen living in the United States. A photograph of AJAYI is reproduced below:



## STATEMENT OF PROBABLE CAUSE

10. In approximately July 2022, the Emeryville Police Department initiated an investigation following a victim complaint alleging that funds tied to a romance scam were sent to an individual named Thomas KIRKPATRICK ("KIRKPATRICK") residing at a residential address in Emeryville, CA 94608. Those identifiers were provided by the victim, who received them from the perpetrator of the romance scam. The investigation was subsequently transferred to USSS.

11. During the course of the investigation, the evidence detailed below indicated that

Thomas KIRKPATRICK ("KIRKPATRICK") was a synthetic identity used by a co-conspirator to wit, Barnabas JIME ("JIME"). The investigation revealed that JIME used two synthetic identities during his scheme: KIRKPATRICK and Patrick WARREN ("WARREN").

12. Evidence obtained in this investigation shows that the Emeryville, CA address associated with the initial Emeryville Police Department Complaint was previously leased to JIME. JIME had also listed this address in an unrelated police report that JIME submitted in or about May 2022, as well as a rental car agreement that JIME executed during the same period.

13. Bank branch photo surveillance connected to a U.S. Bank account in







KIRKPATRICK's name, which was utilized to receive funds tied to the initial romance scam complaint, depict an individual whose appearance matched a driver's license photo of JIME using an ATM to retrieve money from the KIRKPATRICK U.S. Bank account. A bank account opened at J.P. Morgan Chase Bank in the name of KIRKPATRICK that was used to receive the proceeds of the scheme described below were opened using Kenyan passports that were later determined to be falsified. Those passports, whose numbers are on record as being used to open the KIRKPATRICK U.S. Bank account, depict JIME in an image that is identical to JIME's photograph in his Nigerian passport:

14. Two email accounts were noted on opening documents for various bank accounts established in the names of WARREN and KIRKPATRICK. Those bank accounts were used to receive the proceeds of a wire fraud scheme related to real estate leasing fraud. These accounts received funds attributable to both the KIRKPATRICK and WARREN identities.

15. Beginning no later than June 2021, JIME, posing as KIRKPATRICK and WARREN, opened at least fourteen bank accounts at six different financial institutions, including U.S. Bank and Citibank accounts associated with the KIRKPATRICK and WARREN email addresses. A review of records associated with those bank accounts revealed a high volume of incoming wire transfers and Zelle deposits, many of which referred to property rentals and lease agreements in their respective memo fields. USSS has interviewed several of the payors to the KIRKPATRICK and WARREN bank accounts and observed a pattern of the payors sending these funds to an individual as part of a purported home rental or vacation rental agreement that, ultimately, turned out to be a scam. In essence, the scam worked by having these payors forward money to bank accounts JIME controlled in response to advertisements for rental properties. Once the accounts received payments for, among other things, deposits and payments for the first month of rent, communication between the payors and JIME and his co-conspirators ceased completely. The victims were ultimately left with no place to live or stay, and with no recourse to recover their money.

16. Your affiant interviewed several victims of JIME's scheme. One victim (identified below as "A.H.") spoke with an individual she believed to be named "David Warder" on or about July 5, 2022. "Warder" introduced himself as the landlord of a property that he had listed for rent on turbotenant.com, where A.H. had indicated an interest in speaking with the landlord of the property. A.H., who was based in Texas at all times relevant to this Affidavit, spoke with "Warder" and told him that A.H. was interested in renting the property as soon as possible. "Warder" told A.H. that they could view the property by driving to the property, downloading a mobile application called "Opendoor," and then using the application to obtain a code to enter the property. After visiting the property, A.H. told "Warder" that they were interested in submitting a rental application. "Warder" provided A.H. with a link to an application, and informed A.H. that the property was available to be sold as part of a "rent-to-own" agreement. The application provided to A.H. was a form listed on jotform.com.

17. After receiving A.H.'s application, "Warder" sent A.H. an email seeking an

$1,000 deposit from A.H. to hold the property. Upon requesting where the deposit should be sent, "Warder" told A.H. to send the payment through Zelle, using "tkirkpatrick430@gmail.com" as the Zelle recipient address. "Warder" told A.H. that Thomas Kirkpatrick was his attorney and would be accepting payment on his behalf. After A.H. sent the initial $1,000, "Warder" sent A.H. a lease agreement that contained a provision requiring A.H. to pay a security deposit, first month's rent, and last month's rent. A.H. and their spouse sent "Warder" $1,650 using Zelle to cover first month's rent.

18. After A.H. sent the payment, "Warder" told A.H. that they would need to obtain keys and send last month's rent closer to the time of moving into the property. "Warder" told A.H. that A.H. could tell their current landlord that they were moving out. After "Warder" told A.H. they could move more quickly than previously anticipated, A.H. indicated that they would provide the final deposit for last month's rent in person at the same time they would pick up the keys. A.H. and "Warder" accordingly planned to meet the following week. When A.H. arrived at the property, "Warder" asked A.H. to send last month's rent before he would meet A.H. in person and hand over the keys, per the images of the conversation below (A.H.'s messages are in teal). "Warder" refused to meet A.H. without A.H. sending the payment to "Warder" first. When A.H. told "Warder" that the arrangement was "starting to feel like [it] is a scam," "Warder" commented that A.H. was "not ready to move in." After A.H. subsequently expressed confusion over how "Warder" was renting his property with the assistance of the Opendoor application, "Warder" went silent and never messaged A.H. again.







19. The $1,650 deposit that A.H. sent to the Kirkpatrick BofA Account was associated with email address tkirkpatrick340@gmail.com. Bank records indicate that the Kirkpatrick BofA Account was opened using the same Kenyan passport described above that was used to open accounts in the name of Thomas Kirkpatrick at other banks. As noted previously, although the name on the passport reads "Thomas Kirkpatrick" the photograph used on the passport is the exact same photograph that was used in the U.S. visa in JIME's Nigerian passport.

20. The Kirkpatrick BofA account was frequently accessed using the Internet. One of the Internet Protocol ("IP") addresses used to access the Kirkpatrick BofA account was

76.126.9.30. Records reflect that this IP address is assigned to JIME's home in Oakland, CA, and was assigned to JIME's residence at approximately the time that JIME moved into that home from the Emeryville address that JIME had lived previously. The Emeryville address is also listed on the Kirkpatrick BofA Account. The Kirkpatrick BofA account is associated with a phone number assigned to the WARREN synthetic identity, per phone records.

21. On July 6, 2022, the day after A.H. transferred "first month's rent" into the Kirkpatrick BofA Account, those funds were a part of a $2,200 Zelle transfer from the Kirkpatrick BofA Account to an account held in the name of Thomas Kirkpatrick at J.P. Morgan Chase ("the Kirkpatrick Chase Account"). The Kirkpatrick Chase Account was opened with the same passport used to open the Kirkpatrick BofA Account. On the day those funds were transferred from the Kirkpatrick BofA Account to the Kirkpatrick Chase Account, those same funds were withdrawn at an ATM in Oakland, CA. Bank records indicate that the Kirkpatrick BofA Account was accessed using the IP address assigned to JIME's home approximately 27 times on July 5 and 6, 2022, the days that "Warder" sought payment from A.H. for a purported deposit on a home for rent.

22. The USSS's investigation has located approximately 115 additional possible victims where incoming deposits into the bank accounts held by KIRKPATRICK or WARREN featured indicators of similar fraud, such as transaction memos in Zelle records referencing rentals and security deposits. These victims have, collectively, sent over $800,000 to KIRKPATRICK or WARREN accounts since approximately June 2021. Most of the victims of this scheme, including A.H., reside outside California. The memos were found in Zelle transaction memos in accounts at Bank of America, Chase, Citibank, and U.S. Bank that were held by KIRKPATRICK and/or WARREN. Documents obtained from these financial institutions indicate that KIRKPATRICK's and WARREN's banking accounts were frequently accessed electronically, and that access to these accounts was accomplished almost solely using mobile applications.

23. Evidence reviewed thus far indicates that JIME withdrew the majority of the

funds obtained through this scam via cash withdrawals at ATMs located in Oakland, Emeryville, and Berkeley, among other places, as he did with funds that A.H. sent to the Kirkpatrick BofA Account. In addition, the Kirkpatrick Chase Account and WARREN accounts at Bank of America, U.S. Bank, and Wells Fargo sent funds to a CashApp account with the username BARNABAS J. during the course of the scheme.

**AJAYI INVOLVEMENT IN WIRE FRAUD SCHEME**

24. On June 5, 2023, the USSS arrested JIME pursuant to a criminal complaint. During a Mirandized interview with JIME, JIME admitted to obtaining counterfeit passports in order to establish bank accounts at several banks, including Bank of America, Citi Bank, J.P. Morgan Chase, Wells Fargo, and U.S. Bank, for the purpose of receiving funds tied to various fraud schemes. The passports included but were not limited to those issued to KIRKPATRICK and WARREN, which were located at JIME's residence during the execution of a search warrant.

25. Additionally, during the interview, JIME was asked about potential co-conspirators, specifically an individual that could be heard on a recorded phone call to Citibank that appeared to be directing and coaching JIME's questions with regard to an account freeze. When asked to identify the co-conspirator, JIME identified him as "LOUIS" and directed the USSS agents to a specific contact on JIME's mobile phone.

26. A visual examination of JIME's phone revealed communications on WhatsApp, an encrypted messaging service, associated with phone number ending in 8111 under the contact name "LOUIS," which JIME identified as his co-conspirator. Open-source records revealed that AJAYI is the listed user for the phone number.

27. Yahoo records indicate the telephone number ending in 8111 was listed as a recovery phone number for louisgarry@yahoo[.]com. According to JP Morgan Chase records, the same phone number is present on a bank account owned by AJAYI.

28. According to JIME, sometime no later than 2021, JIME met AJAYI at a gathering with mutual friends in the Bay Area. JIME was aware that AJAYI was involved in fraud

schemes, and together they made the decision to form a partnership where AJAYI would focus on defrauding individuals and getting money into accounts JIME controlled, whereas JIME would be responsible for maintaining custody of the bank accounts and managing subsequent cash withdrawals and splitting the proceeds of the fraud with AJAYI.

29. According to JIME, AJAYI arranged to have funds deposited into the various accounts that JIME established using the fictitious passports JIME obtained from Nigeria. JIME admitted that he was aware the funds deposited into those accounts were associated with fraud or illicit activity.

30. A review of the WhatsApp messaged revealed several instances where AJAYI and JIME make references to "clients." Based on my training and experience, as well as that of agents and analysts involved in this investigation, I know that JIME and his co-conspirators use the term "client" to refer to victims of his fraud schemes. The use of this term is prevalent in JIME's texts and messages with AJAYI and other co-conspirators, as seen below:

From: 12019930719@s.whatsapp.net Barnabas (owner)
To: 2348144895253@s.whatsapp.net Mally

You no sabi say dating work and client

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 2348144895253@s.whatsapp.net Mally | 9/5/2022 8:51:22 PM(UTC+0) | 9/5/2022 8:51:28 PM(UTC +0) | |

**Status:** Read
**Platform:** Mobile

9/5/2022 8:51:21 PM(UTC+0)

31. During the aforementioned interview with law enforcement, JIME stated that he

kept 10-15% of all cash withdrawals from the accounts he controlled, including the KIRKPATRICK and WARREN accounts, before handing the remaining amounts in cash to AJAYI in person. JIME explained that AJAYI would drive to JIME's residence in Oakland, California to receive the cash.

32. JIME and AJAYI's conspiracy is corroborated in financial documents reviewed during this investigation. Specifically, JIME's own Bank of America account displays several incoming Zelle payments from AJAYI.

33. As previously mentioned, the USSS obtained an audio recording from Citibank that features "WARREN" speaking to a call center representative in an attempt to unfreeze a bank account in "WARREN's" name. In this recording, a second individual can be heard in the background feeding questions to "WARREN" to assist in the unfreezing. JIME confirmed that he was the primary speaker on the phone and assumed the WARREN identity, and that the second individual in the background of the call providing instructions to JIME was AJAYI. JIME also confirmed that AJAYI was coaching him as to how to answer questions during the call with Citibank.

34. Further evidence of JIME's and AJAYI's conspiracy is found in call records for phone number ending in 2512. Records show this phone number was associated with the WARREN synthetic identity described above. According to JIME, this phone number was established to further the fraud scheme with AJAYI and was separate from his personal device.

35. The previously referenced phone records show eight separate instances with inbound or outbound calls between JIME and AJAYI. In every instance, the call takes place on a day with corresponding cash withdrawal activity in the WARREN or KIRKPATRICK accounts.

36. A review of JIME's personal device shows that JIME and AJAYI primarily communicated using WhatsApp, an encrypted messaging application. Notably, WhatsApp messages between JIME and AJAYI were deleted from JIME's device, frustrating recovery of some of those messages as they had been scrambled. Portions of JIME's and AJAYI's conversation were one of a small number that had been deleted, indicating that JIME, or AJAYI,

specifically elected to have those messages deleted using a feature on WhatsApp. Messages that are available date back as early as May 2, 2022 and show AJAYI asking JIME to conduct cash withdrawals for money coming into fraudulent bank accounts that JIME managed. In those messages, AJAYI also gave JIME notice prior to the funds posting in the accounts. Based on my training and experience, I know that this detailed knowledge concerning the future deposit of illicit funds is an indication that AJAYI was intimately involved with the fraud scheme.

37. Your Affiant interviewed several victims of AJAYI and JIME's scheme. These victims were identified via bank records as payors into one of the JIME accounts. One victim (identified below as "N.S.") spoke with an individual named "L.K."[1] on or about May 11, 2022. "L.K." introduced themselves as the manager of a property that they listed for rent on Craigslist while Thomas Kirkpatrick was listed as the owner. N.S., who was based in Louisiana at all times relevant to this Affidavit, spoke with and said that they were interested in leasing the property. "L.K." provided N.S. with the renter's application which included a provision requiring N.S. to pay a security deposit, first month's rent, and last month's rent to the KIRKPATRICK J.P. Morgan Chase account.

---

[1] Although L.K. is an assumed identity, it correlates to the name of an actual real estate agent. Their name is accordingly redacted to assure privacy and safety.

38. Scrambled WhatsApp messages between AJAYI and JIME appear to show AJAYI notifying JIME about two payments of $2,990 totaling $5,980 would be sent to the KIRKPATRICK J.P. Morgan Chase account on or about May 13, 2022.




39. J.P. Morgan Chase records show that N.S. initiated two transfers on May 13, 2022. Each of the transfers was for $2,990, totaling $5,980. Soon after, a cash withdrawal from the KIRKPATRICK J.P. Morgan Chase account was made for approximately $5,867. These records appear to show that AJAYI had prior knowledge of the funds that N.S. would ultimately pay as part of their rental scheme. This information would likely have only been available to individuals intimately involved in the fraud scheme. Thereafter, JIME and AJAYI messaged to

plan to meet once the transfers had completed.







40. On or around May 17, 2022, AJAYI asked JIME what time to meet and JIME confirmed 10am.







41. The evidence reviewed implicates AJAYI in rental and romance scam activity, which corroborates JIME's statements to law enforcement. Additionally, the evidence reveals a conspiracy between JIME and AJAYI that facilitated different fraud schemes meant to defraud numerous victims, and launder those funds through fraudulently established bank accounts. Those funds were ultimately provided to AJAYI via cash exchanges from JIME in Oakland, CA, among other cities.

## CONCLUSION

42. Based on the information above, I respectfully submit that there is probable cause to believe that AJAYI as well as others known and unknown, violated Title 18, United States Code, Section 1349 by conspiring to operating a scam through which he, along with JIME, promised living space in exchange for U.S. currency, knowing that, as part of their scheme, they

never intended or could provide living quarters to those paying for them. Moreover, the majority of AJAYI's victims were contacted over the internet and resided outside California. Accordingly, I respectfully request that this Court issue a complaint and warrants for AJAYI's arrest.

43. Because this investigation is ongoing, a public filing of the complaint and the documents submitted in support of the complaint, including this affidavit, will jeopardize the investigation by making public the existence of the investigation and providing AJAYI an opportunity to destroy evidence, change patterns of behavior, notify confederates, or flee from prosecution. Accordingly, I request that the Court seal the complaint and the documents submitted in support of the complaint, including this affidavit, until further Order of this Court, except that the clerk of the Court provide copies to representatives of the United States Attorney's Office for use in this case.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

/s/ *Alfonso Speed*

Alfonso Speed
Special Agent
United States Secret Service

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d) on this 9th day of January, 2024. This application and warrant are to be filed under seal.

HONORABLE LISA J. CISNEROS
U.S. Magistrate Judge